

FILED

07/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0281

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0281

SADDLEBROOK INVESTMENTS, LLC,
as Assignee of STUART M. SIMONSEN,

Plaintiff and Appellee,

v.

KROHNE FUND. L.P., SEAN WRIGHT,
and ANTHONY BIRBILIS,

Defendants and Appellants.

FILED

JUL 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Anthony Birbilis has filed a motion for extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 25, 2023, to file his opening brief.

DATED this 27 day of July, 2023.

For the Court,

_____
Chief Justice